

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case:2:19-cr-20382<br>Judge: Drain, Gershwin A.<br>MJ: Patti, Anthony P. |
| Plaintiff, | Filed: 06-07-2019 At 10:56 AM<br>INFO USA V. YASS (kb) |
| v. | |
| D-1 WARREN YASS, | Violations:<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| Defendant. | 21 U.S.C. § 853 |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES

### COUNT ONE

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND
DISTRIBUTION OF A CONTROLLED SUBSTANCE
(METHAMPHETAMINE)

D-1 WARREN YASS

From on or about January 1, 2018, and continuing until on or about December 12, 2018, in the Eastern District of Michigan, and elsewhere, the defendant, WARREN YASS, did knowingly and intentionally combine, conspire, confederate, and agree with other individuals, to distribute 500 grams or more of methamphetamine, a Schedule II Controlled Substance.

1

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

### 21 U.S.C. § 853 – CRIMINAL FORFEITURE

1. The allegations contained in Count One of this Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the foregoing violations of Title 21, United States Code, Sections 841 and 846 as charged in Count One, Defendant shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; and (b) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

3. Such property includes, but is not limited to, a money judgment in an amount to be determined of proceeds derived from the conduct, and all traceable interest and proceeds, for which the defendant is liable. Such sum in aggregate is property representing the proceeds of the aforementioned offenses, or money that was involved in the aforementioned offenses, or is traceable to such property, in violation of Title 21, United States Code, Sections 841 and 846.

4. Substitute Assets. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), Defendant shall forfeit substitute property, up to the value of the properties described in paragraphs 1 and 2 above, if, by any act or omission of the defendant, the property described in paragraphs 1 and 2 cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

MATTHEW SCHNEIDER
United States Attorney

_____
Julie A. Beck
Assistant United States Attorney
Chief, Drug Task Force

_____
Robert Jerome White
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.White@usdoj.gov
(313) 226-9620
(IL6304282)

Dated: 6-7-2019

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:19-cr-20382<br>Judge: Drain, Gershwin A.<br>MJ: Patti, Anthony P.<br>Filed: 06-07-2019 At 10:56 AM<br>INFO USA V. YASS (kb) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

### Companion Case Information

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Companion Case Number: |
|---|---|
| ☐ Yes   ☒ No | Judge Assigned:<br>AUSA's Initials: *RJW* |

**Case Title:** USA v. Warran Yass

**County where offense occurred:** Oakland

**Check One:**   ☒ Felony     ☐ Misdemeanor     ☐ Petty

____ Indictment/ ____ Information --- **no** prior complaint.
____ Indictment/ ✓ Information --- based upon prior complaint [Case number: 18-mj-30630       ]
____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 7, 2019
Date

Robert J. White
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9620
Fax:    313-226-3265
E-Mail address: Robert.White@usdoj.gov
Attorney Bar #: IL6304282

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.